AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Wing H. Hui, | |
| *Plaintiff* | |
| v. | Civil Action No.    3:16-03592-JMC |
| Administration of Veterans Affairs, an office of the United States of America, | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: 1. Title in and to the subject property is hereby quieted in Plaintiff Wing. H. Hui's favor in fee simple absolute; 2. Plaintiff Wing. H. Hui is hereby vested title to the subject property in fee simple absolute; and 3. Pursuant to South Carolina Code Section 15-53-20, *et seq.*, Plaintiff is hereby declared to be the sole owner in fee simple, forever barring any claim and/or right of the party defendant(s) who might claim any right, title, interest in or lien upon the real estate described in Plaintiff's Complaint.

This action was *(check one)*:
❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having entered a consent order seeking to quite title in Plaintiff's favor to the property commonly known as 8212 Bayfield Road, Columbia, South Carolina.

Date:   January 27, 2017                          *CLERK OF COURT*

s/Angie Snipes

_____
*Signature of Clerk or Deputy Clerk*